| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2134CV000500 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME: Horizon Beverage Company, Inc. v. Hpl, Inc. D/B/A Pairings Wine And Food

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Huu P Le<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148 <br>Bk: 80289 Pg: 450  Doc: EXEC<br>Page: 1 of 2  06/16/2022 12:32 PM | Attleboro District Court<br>88 North Main Street<br>Attleboro, MA 02703 |
|  | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>Horizon Beverage Company, Inc. |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Stephen Garabedian, Esq.<br>Garabedian Law Offices, P.C.<br>500 West Cummings Park<br>Suite 2425<br>Woburn, MA 01801 | A TRUE COPY ATTEST<br>*Jessica Duplissea*<br>DEPUTY SHERIFF<br>Middlesex County |

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 4,859.04 |
| 2. Date Judgment Entered | 05/09/2022 |
| 3. Date Execution Issued | 05/31/2022 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 22 |
| 5. Annual Postjudgment Interest Rate | 0.18 |
| 6. Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $52.70 |
| 7. Postjudgment Costs *(if any)* | $ |
| 8. Credits *(if any)* | $ |
| 9. EXECUTION TOTAL *(Lines 1 + 6 + 7, minus Line 8)* | $4,911.74 |
| LEVYING OFFICER: (a) Add daily interest from date execution issued. | |
| (b) Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST-CLERK |
|---|---|---|
| WITNESS: Hon. Michele M Armour | 05/31/2022 | X *[signature]* |

DC039 01/31/2019  www.mass.gov/courts  Date/Time Printed 05-31-2022 12 23 18

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2134CV000502 | Trial Court of Massachusetts District Court Department  |
|---|---|---|

| CASE NAME | Martignetti Grocery Co., Llc v. Hpl, Inc. Pairings Wine And Food |
|---|---|

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Huu P Le<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148<br><br>2022 00088786<br>Bk: 80269 Pg: 1  Doc: EXEC<br>Page: 1 of 2  06/13/2022 12:47 PM | Attleboro District Court<br>88 North Main Street<br>Attleboro, MA 02703<br><br>JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>Martignetti Grocery Co., Llc |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Stephen Garabedian, Esq.<br>Garabedian Law Offices, P.C.<br>500 West Cummings Park<br>Suite 2425<br>Woburn, MA 01801 | A TRUE COPY ATTEST<br>*Barbara Maloney*<br>DEPUTY SHERIFF |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU,** therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 20,024.22 |
| 2. Date Judgment Entered | 05/10/2022 |
| 3. Date Execution Issued | 05/24/2022 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 14 |
| 5. Annual Postjudgment Interest Rate | 0.18 |
| 6. Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $138.21 |
| 7. Postjudgment Costs *(if any)* | $ |
| 8. Credits *(if any)* | $ |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $20,162.43 |
| LEVYING OFFICER:  (a) Add daily interest from date execution issued | |
| (b) Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST CLERK |
|---|---|---|
| WITNESS: Hon. Michele M Armour | 05/24/2022 | X *[signature]* |

DC039 01/31/2019     www.mass.gov/courts     Date/Time Printed 05-24-2022 11 36 39

| WRIT OF ATTACHMENT (RULE 4.1) | Trial Court of Massachusetts District Court Department |
|---|---|
| NAME OF PLAINTIFF: Pairings Wine and Food, Inc. | COURT DIVISION: Cambridge District Court |
| NAME OF DEFENDANT: HPL, Inc and Huu Phu Le a/k/a Huu Phu Le Sr. | DOCKET NO.: 2252CV0106 |

To the Sheriffs of our several counties or their deputies, or a constable of any City or Town within the Commonwealth:

We command you to attach the goods or estate of the defendant, HPL, Inc and Huu Phu Le a/k/a Huu Phu Le Sr., of 30 Franklin St, Unit 422, Malden, MA, to the value of $_____ the amount authorized, as prayed for by plaintiff Pairings Wine and Food, Inc. of Winchester, MA, whose attorney is Alan M. Cohen of 550 Worcester Rd, Framingham, MA 01702, in an action brought by said plaintiff against said defendant in this court, and make due return of this writ with your doings thereon.

The complaint in this case was filed on 3-22-22. This attachment was approved on 5/20/22 by David E R____, J., in the amount of $50,000.00.

WITNESS: Ina R. Howard-Hogan ~~Robert A. Brennan, Acting~~, Presiding Justice, on 5/20/22.

_Clerk Magistrate_

## PROOF OF ATTACHMENT

I hereby certify and return that on _____ I attached the property of the within named defendant in the following manner: _____

A TRUE COPY ATTEST
Doreen _____
DEPUTY SHERIFF
Middlesex County

DATE OF SERVICE

2022 00089295
Bk: 80273 Pg: 130  Doc: ATT
Page: 1 of 2   06/14/2022 10:25 AM

signature _____
name and title _____
address _____

NOTE: When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

(11.18)

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2252CV000106 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME: Pairings Wine and Food, Inc. v. HPL, Inc.

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Huu Phu Le A/K/A Huu Phu Le, Sr.<br>30 Franklin St<br>Unit 422<br>Malden, MA 02148 | Cambridge District Court<br>4040 Mystic Valley Parkway<br>Medford, MA 02155 |
| A TRUE COPY ATTEST.<br>*Doreen Dellelsola* (signature)<br>DEPUTY SHERIFF<br>Middlesex County | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED<br>Pairings Wine and Food, Inc. |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Alan Mark Cohen, Esq.<br>Law Offices of Alan M Cohen LLC<br>550 Worcester Rd<br>Framingham, MA 01702 | 2022 00185156<br>Bk: 81087 Pg: 139   Doc: EXEC<br>Page: 1 of 2   12/20/2022 02:53 PM |

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C.41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 53,641.72 |
| 2. Date Judgment Entered | 11/15/2022 |
| 3. Date Execution Issued | 11/29/2022 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 14 |
| 5. Annual Postjudgment Interest Rate | 0.12 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $247.07 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL (Lines 1 + 6 + 7, minus Line 8) | $53,888.79 |

LEVYING OFFICER: (a) Add daily interest from date execution issued.
(b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: Hon. David E Frank | 11/29/2022 | (signature) |

DC039: 01/31/2019 — www.mass.gov/courts — Date/Time Printed: 11-29-2022 11:48:44



THE COMMONWEALTH OF MASSACHUSETTS
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

THIS FORM APPROVED BY COMMISSIONER OF REVENUE

**CITY OF MALDEN**
Office of the Collector of Taxes
Malden, MA 02148

**Treasurer**
Daniel L. Grover III
**Office Hours**
Mon-Wed-Thu 8:00AM-5:00PM
Tuesday 8:00AM-7:00PM
Closed Friday

If you are paying your bill through your own online banking, please remit to:
City of Malden
215 Pleasant St
Malden, MA 02148-9101

**Telephone Numbers:**
Tax Collector's Office (781) 397-7000 ext 2094

If you no longer own this property, please forward this bill to the new owner or send it back to the Assessor's Office.
Thank You.

**Messages:**

5066 1 AV 0 471  E0061X I00B2 010536774115 S2 P95B9647 0001.0001



LE HUU PHU
30 FRANKLIN ST UNIT 422
MALDEN MA 02148-4140

0001.0001

## TAXPAYER'S COPY

Based on assessments as of January 1, 2022, your Real Estate Tax for the fiscal year beginning July 1, 2022 and ending June 30, 2023 on the parcel of real estate described below is as follows

| PROPERTY DESCRIPTION | |
|---|---|
| 30 FRANKLIN ST 422 | |
| State Class | 1,020 |
| Acres | 0 |
| Parcel ID | 094 738 801422 |
| Book/Page | 77524 / 582 |

| Tax Rate Per $1000 | | | |
|---|---|---|---|
| Res | Open Sp | Comml | Indust |
| $12.19 | $12.19 | $18.68 | $18.68 |

Assessed owner as of January 1, 2022:

LE HUU PHU
30 FRANKLIN ST UNIT 422
MALDEN MA 02148-4140

### City of Malden
### Fiscal Year 2023
### Actual Real Estate Tax Bill

| | |
|---|---|
| Land Value | $0 |
| Building Value | $332,800 |
| Other Value | $0 |
| Total Value | $332,800 |
| Res Exemption | $0 |
| **Total Taxable Value** | **$332,800** |

SPECIAL ASSESSMENTS

### DO NOT RETURN TOP COPY
### 4th Quarter Receipt
Keep This Portion As Your Receipt

| Bill Date | 04/01/2023 | Bill No. | 11009 |
|---|---|---|---|
| Real Estate Tax | | | $4,056.83 |
| CPA Charge | | | $28.38 |
| Special Assessment | | | $0.00 |
| Total Real Estate Tax | | | $4,085.21 |
| Current Payments/Credits | | | $2,961.63 |
| Exempt/Abatement | | | $0.00 |
| FY 2023 Past Due | | | $0.00 |
| Interest | | | $0.00 |
| 4th Qtr Installment | | | $1,123.58 |

| AMOUNT DUE 05/01/2023 | $1,123.58 |
|---|---|

Interest at the rate of 14% per annum will accrue on overdue payments from the due date until payment is made.

01201202323000001100930000112358050123 5

## COLLECTOR'S COPY

| PROPERTY DESCRIPTION | |
|---|---|
| 30 FRANKLIN ST 422 | |
| State Class | 1020 |
| Acres | 0 |
| Parcel ID | 094 738 801422 |
| Book/Page | 77524 / 582 |

| Tax Rate Per $1000 | | | |
|---|---|---|---|
| Res | Open Sp | Comml | Indust |
| $12.19 | $12.19 | $18.68 | $0.00 |

Assessed owner as of January 1, 2022:

LE HUU PHU
30 FRANKLIN ST UNIT 422
MALDEN MA 02148-4140

### City of Malden
### Fiscal Year 2023
### Actual Real Estate Tax Bill



Sign up for Paperless Billing Today
www.cityofmalden.org
Make this the last bill you get in the mail
Balance Inquires & pay by phone at (508) 381-5455

### 4th Quarter Payment
Return This Portion With Your Payment

| Bill Date | 04/01/2023 | Bill No. | 11009 |
|---|---|---|---|

| AMOUNT DUE 05/01/2023 | $1,123.58 |
|---|---|

Interest at the rate of 14% per annum will accrue on overdue payments from the due date until payment is made.

Payments made after 03/15/2023 may not be reflected on this bill.

**Make Check Payable and Mail To:**
City of Malden
Collector of Taxes
P.O. Box 9101
Malden, MA 02148-9101

01201202323000001100930000112358050123 5