| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2134CV000500 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME: Horizon Beverage Company, Inc. v. Hpl, Inc. D/B/A Pairings Wine And Food

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Huu P Le<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148 | Attleboro District Court<br>88 North Main Street<br>Attleboro, MA 02703 |



Bk: 80289 Pg: 450  Doc: EXEC
Page: 1 of 2  06/16/2022 12:32 PM

JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED
Horizon Beverage Company, Inc.

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Stephen Garabedian, Esq.<br>Garabedian Law Offices, P.C.<br>500 West Cummings Park<br>Suite 2425<br>Woburn, MA 01801 | A TRUE COPY ATTEST<br>Jessica Dupluea<br>DEPUTY SHERIFF<br>Middlesex County |

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| 1. Judgment Total | 4,859.04 |
|---|---|
| 2. Date Judgment Entered | 05/09/2022 |
| 3. Date Execution Issued | 05/31/2022 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 22 |
| 5. Annual Postjudgment Interest Rate | 0.18 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $52.70 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL (Lines 1 + 6 + 7, minus Line 8) | $4,911.74 |

LEVYING OFFICER: (a) Add daily interest from date execution issued.
(b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST CLERK |
|---|---|---|
| WITNESS: Hon. Michele M Armour | 05/31/2022 | X [signature] |

DC039 01/31/2019   www.mass.gov/courts   Date/Time Printed 05-31-2022 12 23 18

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2134CV000502 | Trial Court of Massachusetts District Court Department  |
|---|---|---|

| CASE NAME | Martignetti Grocery Co., Llc v. Hpl, Inc. Pairings Wine And Food |
|---|---|

| JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Huu P Le<br>30 Franklin Street<br>Unit 422<br>Malden, MA 02148<br><br>Bk: 80269 Pg: 1   Doc: EXEC<br>Page: 1 of 2   06/13/2022 12:47 PM | Attleboro District Court<br>88 North Main Street<br>Attleboro, MA 02703 |
| | JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED |
| | Martignetti Grocery Co., Llc |

| JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT |
|---|---|
| Stephen Garabedian, Esq.<br>Garabedian Law Offices, P.C.<br>500 West Cummings Park<br>Suite 2425<br>Woburn, MA 01801 | A TRUE COPY ATTEST<br>*Barbara Maloney*<br>DEPUTY SHERIFF |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

**WE COMMAND YOU**, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---:|
| 1. Judgment Total | 20,024.22 |
| 2. Date Judgment Entered | 05/10/2022 |
| 3. Date Execution Issued | 05/24/2022 |
| 4. Number of Days from Judgment to Execution *(Line 3 - Line 2)* | 14 |
| 5. Annual Postjudgment Interest Rate | 0.18 |
| 6. Postjudgment Interest from Judgment to Execution *(lines 1x4x5)* | $138.21 |
| 7. Postjudgment Costs *(if any)* | $ |
| 8. Credits *(if any)* | $ |
| 9. **EXECUTION TOTAL** *( Lines 1 + 6 + 7, minus Line 8)* | $20,162.43 |
| LEVYING OFFICER:   (a) Add daily interest from date execution issued | |
| (b) Add your fees as provided by law: | |

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST CLERK |
|---|---|---|
| **WITNESS:** Hon. Michele M Armour | 05/24/2022 | X *[signature]* |

DC039 01/31/2019 · www.mass.gov/courts · Date/Time Printed 05-24-2022 11:36:39

| NAME OF PLAINTIFF | COURT DIVISION |
|---|---|
| Pairings Wine and Food, Inc. | Cambridge District Court |
| NAME OF DEFENDANT | DOCKET NO. |
| HPL, Inc and Huu Phu Le a/k/a Huu Phu Le Sr. | 2252CV0106 |

To the Sheriffs of our several counties or their deputies, or a constable of any City or Town within the Commonwealth:

We command you to attach the goods or estate of the defendant, **HPL, Inc and Huu Phu Le a/k/a Huu Phu Le Sr.** of **30 Franklin St, Unit 422, Malden, MA**, to the value of $_____ the amount authorized, as prayed for by plaintiff **Pairings Wine and Food, Inc.** of **Winchester, MA**, whose attorney is **Alan M. Cohan** of **550 Worcester Rd, Framingham, MA 01702**, in an action brought by said plaintiff against said defendant in this court, and make due return of this writ with your doings thereon.

The complaint in this case was filed on **3-22-22**. This attachment was approved on **5/20/22** by **David E R**, J., in the amount of **$50,000.00**.

WITNESS: Ina R. Howard-Hogan ~~Robert A. Brennan, Acting~~, Presiding Justice, on **5/20/22**

Clerk Magistrate

## PROOF OF ATTACHMENT

I hereby certify and return that on _____ I attached the property of the within named defendant in the following manner: _____

A TRUE COPY ATTEST
Doreen Dellesoea
DEPUTY SHERIFF
Middlesex County

DATE OF SERVICE

2022 00089295
Bk: 80273 Pg: 130   Doc: ATT
Page: 1 of 2   06/14/2022 10:25 AM

signature
name and title
address

NOTE: When an attachment is made subsequent to service of the summons and complaint upon the defendant, a copy of the writ of attachment with your return thereon must be promptly served upon the defendant in the manner provided by Rule 5.

(11.18)

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 2252CV000106 | Trial Court of Massachusetts District Court Department |
|---|---|---|

CASE NAME: Pairings Wine and Food, Inc. v. HPL, Inc.

**JUDGMENT DEBTOR AGAINST WHOM EXECUTION IS ISSUED**

Huu Phu Le A/K/A Huu Phu Le, Sr.
30 Franklin St
Unit 422
Malden, MA 02148

A TRUE COPY ATTEST.
*Doreen Dellelsola*
DEPUTY SHERIFF
Middlesex County

**COURT NAME & ADDRESS**
Cambridge District Court
4040 Mystic Valley Parkway
Medford, MA 02155

**JUDGMENT CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED**
Pairings Wine and Food, Inc.

**JUDGMENT CREDITOR (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION**
Alan Mark Cohen, Esq.
Law Offices of Alan M Cohen LLC
550 Worcester Rd
Framingham, MA 01702

**FURTHER ORDERS OF THE COURT**

2022 00185156
Bk: 81087 Pg: 139  Doc: EXEC
Page: 1 of 2  12/20/2022 02:53 PM

TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:

The judgment creditor(s) has recovered judgment against the judgment debtor named above in the amount shown below:

WE COMMAND YOU, therefore, from out of the value of any real or personal property of such judgment debtor found within your territorial jurisdiction, to cause payment to be made to the judgment creditor(s) in the amount of the "Execution Total" shown below, plus additional postjudgment interest as provided by G.L. c. 235 § 8 on the "Judgment Total" shown below commencing from the "Date Execution Issued" shown below at the "Annual Postjudgment Interest Rate" shown below, and to collect your own fees, as provided by law. This Writ of Execution is valid for twenty years from the "Date Judgment Entered" shown below. It must be returned to the court, along with your return of service, within ten days after this judgment has been satisfied or discharged, or after twenty years if this judgment remains unsatisfied or undischarged.

| | |
|---|---|
| 1. Judgment Total | 53,641.72 |
| 2. Date Judgment Entered | 11/15/2022 |
| 3. Date Execution Issued | 11/29/2022 |
| 4. Number of Days from Judgment to Execution (Line 3 - Line 2) | 14 |
| 5. Annual Postjudgment Interest Rate | 0.12 |
| 6. Postjudgment Interest from Judgment to Execution (lines 1x4x5) | $247.07 |
| 7. Postjudgment Costs (if any) | $ |
| 8. Credits (if any) | $ |
| 9. EXECUTION TOTAL ( Lines 1 + 6 + 7, minus Line 8) | $53,888.79 |

LEVYING OFFICER: (a) Add daily interest from date execution issued.
(b) Add your fees as provided by law:

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|---|
| WITNESS: Hon. David E Frank | 11/29/2022 | |

DC039: 01/31/2019  www.mass.gov/courts  Date/Time Printed: 11-29-2022 11:48:44

# Comparative Market Analysis



## 30 Franklin St, unit 422, Maden, Ma 02148

PREPARED FOR

## Huu Le

MAY 16, 2023

Lien Nguyen  |  William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442          E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Contact Me

## Lien Nguyen

## William Raveis Real Estate, Mortgage & Insurance

| | |
|---|---|
| Mobile | 617-368-0442 |
| E-mail | lien.nguyen@raveis.com |
| Web | Www.lienkimnguyen.raveis.com |
| Address | 1229 Centre St, Newton, Ma 02459 |



Download this report (PDF)

**What's up with the bar code?**

The unique bar code on this page - known as a QR code - makes it easy for you to download this report to your smart phone.

1. **Make sure your phone can scan a QR code with its camera**, either with an application that you download or via software that's already installed on your phone. You can try http://cloudcma.com/qr on your phone's browser to download an app, or do a Google search for the model of your phone along with the term "QR reader".

2. **When you see a QR code, use your phone's application to scan it.** The QR code here will instantly download a copy of this report as a PDF document to your smart phone.

Lien Nguyen   |   William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442                E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# The Value of Your Home

The value of a home is based on much more than just the house itself. There are many factors that need to be considered to determine that value:

## Location
- Location is often the number one factor that determines the home value.

## Price
- It is crucial to set a realistic price from the beginning. The price will affect how long a home stays on the market. This CMA will help establish an appropriate price point. The asking price may need to be adjusted once the house has been on the market for a time.

## Competition
- Buyers will compare the price of your home to similar properties available in the area as well as those that have recently sold.

## Condition
- First impressions are important. Buying a home is both emotional and subjective, therefore, make sure that your home looks good both inside and out.

## Current Market
- The real estate market is in a constant state of flux. It cannot be manipulated and is difficult to forecast.
- Conditions such as foreclosures and short sales significantly impact home values.
- Marketing plans must be flexible.

Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442          E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Map of All Listings



|   | MLS # | Status | Address | Price |
|---|---|---|---|---|
| 0 | Subject |  | 30 Franklin St, unit 422, Maden, Ma 02148 |  |
| 1 | 73080900 | S | 30 Franklin St 308 | $485,000 |
| 2 | 73082835 | S | 30 Franklin St 324 | $523,500 |
| 3 | 73069120 | S | 30 Franklin St 210 | $480,000 |

Status: S = Closed

Lien Nguyen  |  William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442         E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Summary of Comparable Properties

## Sold Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---|---|---|---|---|---|---|---|
| 30 Franklin St 308 | 2 | 1.0/0 | 2005 | 904 | | $485,000 | 5/1/23 |
| 30 Franklin St 324 | 2 | 2.0/0 | 2005 | 1,060 | | $523,500 | 4/18/23 |
| 30 Franklin St 210 | 2 | 2.0/0 | 2005 | 1,058 | | $480,000 | 2/14/23 |
| Averages | | | | 1,007 | 0 | $496,167 | |

Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442        E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Property Recently Sold




## 30 Franklin St 308, Malden                                    $485,000

| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS#:** | 73080900 | **Beds:** | 2 | **List Date:** | 2/22/23 | **List Price:** $460,000 |
| **Status:** | Closed | **Baths:** | 1.0/0 | **Sold Date:** | 5/1/23 | **Sold Price:** $485,000 |
| **Year Built:** | 2005 | **Sq Ft:** | 904 | **DOM:** | | |

**Remarks:**
Welcome Home to Malden Place! This meticulously maintained Condo features beautiful wood flooring, a sunny open concept floor plan, two spacious bedrooms with oversized closets. One large full bath, in unit laundry, central air and one covered deeded parking space. The lower level has a function room for your party needs, a full gym, and extra storage space. This building is conveniently located near Malden Center Orange line station, MBTA commuter rail, multiple bus lines, and nearby highways. Come see all the new restaraunts and shopping Malden has to offer!!

**Features:**

**Appliances**: Range, Dishwasher, Disposal, Microwave, Countertop Range, Refrigerator, Freezer, Washer, Dryer, Electric Water Heater, Utility Connections for Electric Range, Utility Connections for Electric Oven   **Accessibility Features**: Accessible Entrance   **Association Amenities**: Elevator(s), Fitness Center, Clubroom, Storage   **Association Fee Frequency**: Monthly   **Association Fee Includes**: Insurance, Security, Maintenance Structure, Road Maintenance, Maintenance Grounds, Snow Removal   **Basement**: N   **Stories Total**: 1   **Building Area Units**: Square Feet   **Building Name**: Malden Place
Courtesy of Coldwell Banker Realty - North Reading

*Information is deemed reliable but not guaranteed.*

Lien Nguyen   |   William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442             E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Listing Photos

## 30 Franklin St 308, Malden $485,000

  
  
  
  

Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442     E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Property Recently Sold




## 30 Franklin St 324, Malden $523,500

| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS#:** | 73082835 | **Beds:** | 2 | **List Date:** 3/1/23 | **List Price:** | $489,000 |
| **Status:** | Closed | **Baths:** | 2.0/0 | **Sold Date:** 4/18/23 | **Sold Price:** | $523,500 |
| **Year Built:** | 2005 | **Sq Ft:** | 1,060 | **DOM:** | | |

**Remarks:**
Welcome to the beautiful Malden Place Condominiums! This turnkey, move-in ready, well maintained 2B/2B condo unit has a thoughtfully arranged layout including an open-plan kitchen with a breakfast bar, and a spacious dining and living room. The main bedroom features a walk-in closet, main bath, and a double-sink vanity. The second bedroom is well-proportioned with a large wall closet. This perfect home has central air, updated bathrooms, new flooring, new appliances (LG fridge, ultra-quiet Bosch dishwasher), ensuite laundry (Miele washer and dryer), two deeded parking spots, and two storage...

**Features:**
**Appliances**: Range, Dishwasher, Disposal, Microwave, Refrigerator, Washer, Dryer, Electric Water Heater, Utility Connections for Electric Range, Utility Connections for Gas Dryer   **Association Amenities**: Elevator(s), Recreation Facilities, Fitness Center, Clubhouse   **Association Fee Frequency**: Monthly   **Association Fee Includes**: Insurance, Maintenance Structure, Road Maintenance, Maintenance Grounds, Snow Removal, Trash, Reserve Funds   **Basement**: Y   **Stories Total**: 1   **Building Area Units**: Square Feet   **Building Name**: Malden Place Condominum   **Common Walls**: 2+ Common Walls
Courtesy of eXp Realty

*Information is deemed reliable but not guaranteed.*

Lien Nguyen   |   William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442            E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Listing Photos

## 30 Franklin St 324, Malden                                            $523,500














Lien Nguyen  |  William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442            E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Property Recently Sold

 

## 30 Franklin St 210, Malden — $480,000

| | | | | | | |
|---|---|---|---|---|---|---|
| **MLS#:** | 73069120 | **Beds:** | 2 | **List Date:** | 1/9/23 | **List Price:** $480,000 |
| **Status:** | Closed | **Baths:** | 2.0/0 | **Sold Date:** | 2/14/23 | **Sold Price:** $480,000 |
| **Year Built:** | 2005 | **Sq Ft:** | 1,058 | **DOM:** | | |

**Remarks:**
Convenient location minutes walk to Malden Station (Orange line), bike path, and restaurants/shops! Easy access to all major routes. Meticulously maintained spacious 2B/2B at desirable Malden Place Condominiums! Modern open plan kitchen with large breakfast bar, living and dining. Newer flooring. Large master bedroom with walk-in closet and en suite bath with double sink vanity. Second bedroom with custom closet. Additional features Include central air/heating, in-unit laundry, private storage, and one assigned COVERED parking space. Complex features a full gym.

**Features:**

**Appliances**: Range, Oven, Dishwasher, Disposal, Microwave, Refrigerator, Electric Water Heater, Utility Connections for Electric Range, Utility Connections for Gas Dryer, Utility Connections for Electric Dryer
**Association Amenities**: Elevator(s), Recreation Facilities, Fitness Center, Storage, Clubhouse
**Association Fee Frequency**: Monthly   **Association Fee Includes**: Insurance, Security, Maintenance Structure, Road Maintenance, Maintenance Grounds, Snow Removal, Trash, Reserve Funds
**Basement**: Y   **Stories Total**: 1   **Building Area Units**: Square Feet   **Cooling**: Central Air   **Current Financing**: Conv. Fixed
Courtesy of MP Signature Realty LLC

*Information is deemed reliable but not guaranteed.*

Lien Nguyen   |   William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442        E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Listing Photos

## 30 Franklin St 210, Malden $480,000













Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442       E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



WILLIAM RAVEIS
REAL ESTATE • MORTGAGE • INSURANCE

# Comparable Property Statistics

**Sold Listings**

| | |
|---|---|
| Number of listings | 3 |
| Lowest price | $480,000 |
| Average price | $496,167 |
| Highest price | $523,500 |
| Avg price per sqft | $495 |
| Avg DOM | |



---

Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442         E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Sold Property Analysis



| Address | Orig List Price | Sold Price | % of Orig List Price | DOM | $ per Sqft |
|---|---|---|---|---|---|
| 30 Franklin St 308 | $460,000 | $485,000 | 105.43% | | $537 |
| 30 Franklin St 324 | $489,000 | $523,500 | 107.06% | | $494 |
| 30 Franklin St 210 | $480,000 | $480,000 | 100.00% | | $454 |
| Averages | $476,333 | $496,167 | 104.16% | | $495 |

Lien Nguyen  |  William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442       E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Suggested List Price

**Analysis of the comparable properties suggests a list price range of:**

# $420,000 - $480,000

**Here are some other pricing factors to consider:**

|  | Low | Median | Average | High | Proj. value $/sqft |
|---|---|---|---|---|---|
| All listings | $480,000 | $485,000 | $496,167 | $523,500 | $524,862 |
| Active listings |  |  |  |  |  |
| Sold listings | $480,000 | $485,000 | $496,167 | $523,500 | $524,862 |

Lien Nguyen | William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442        E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com



# Intelligent Pricing and Timing

**Competitive pricing attracts more prospective buyers.**



Based on the price pyramid, it is clear that more prospective buyers are brought in when a house is listed at a fair market value than if it is listed at a higher than market value. Additionally, even more buyers are brought in when a home is priced below market value.



It is imperative to price a home right from the beginning. Interest in a particular home peaks when it is first listed. This is when the greatest number of real estate agents and prospective buyers come to see a home. Therefore, the highest chance to sell a home at a fair market value is when it first goes on the market.

Lien Nguyen   |   William Raveis Real Estate, Mortgage & Insurance
Mobile: 617-368-0442            E-mail: lien.nguyen@raveis.com
Address: 1229 Centre St, Newton, Ma 02459
Web: Www.lienkimnguyen.raveis.com

