UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |  |
|---|---|---|
| _____ | ) | |
| In Re: | ) | |
| | ) | Case No. 23-10561-CJP |
| HUU PHU LE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, George J. Nader, do hereby certify that I have this day served a copy of the **FIRST AMENDED CHAPTER 13 PLAN** by first class mail, postage prepaid to individuals on the attached Service List.

HUU PHU LE
By his attorney,

/s/ George J. Nader

_____
George J. Nader
BBO #549149
Riley & Dever, P.C.
210 Broadway, Suite 101
Lynnfield, MA 01940-2351
(781) 581-9880
nader@rileydever.com

Dated: May 31, 2023

**Service List**

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA  02109

Carolyn Bankowski, Esq.
Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114


Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
PO Box 673033
DALLAS, TX 75267-3033

Barclays Bank
PO Box 8803
Wilmington, DE 19899-8803

Blue Tarp Development
d/b/a MGM Springfiled
1 Mgm Way
Springfield, MA 01103-2134

Blue Tarp reDevelopment, LLC
c/o Fitzgeral Law, PC - Attn: CMT
46 Center Square
East Longmeadow, MA 01026

Byline Bank
c/o Chuhak & Tecson, PC
30 S Wacker Dr Ste 200
Chicago, IL 60606-7413

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Quicksilver
PO Box 71083
Charlotte, NC 28272-1083

Citi Cards
PO Box 6217
Sioux Falls, SD 57117-6217

Citibank NA
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Department Stores National Bank
c/o Quantum3 Group, LLC
PO Box 657
Kirkland, WA 98083-0657

Discover Bank
PO Box 3025
New Albany, OH 43054-3025

Discover Card
PO Box 15316
Wilmington, DE 19850-5316

Foxwoods Resort Casino
330 Trolley Line Blvd
Mashantucket, CT 06338-3830

HSBC Bank
PO Box 2013
Buffalo, NY 14240-2013

HSBC Bank
PO Box 15521
Wilmington, DE 19801

Jane L. Mantolesky, Esq.
Fitzgerald Attorneys at Law PC
46 Center Sq
East Longmeadow, MA 01028-2447

JPMorgan Chase Bank
PO Box 15369
Wilmington, DE 19850-5369

JPMorgan Chase Bank
PO Box 901003
Fort Worth, TX 76101-2003

Knight Capital Funding
110 SE 6th St Ste 700
Fort Lauderdale, FL 33301-5002

Macy's
PO Box 8218
Mason, OH 45040-8218

Carl Martignetti, Secretary
Martignetti Grocery Co., Inc.
500 John Hancock Road
Taunton, MA 02780

Pairings Wine and Food, Inc.
c/o Alan M. Cohen, Esq.
550 Worcester Rd
Framingham, MA 01702-5305

Lori Gagne Pollock, Secretary
Pairings Wine and Food, Inc.
600 Main St
Winchester, MA 01890-4397

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226-1906

Ray Laurie
600 Main St
Winchester, MA 01890-4397

Rocket Mortgage, LLC fka Quicken Loans, LLC
635 Woodward Avenue
Detroit, MI 48226

Seaedi, LLC
30 Franklin St Unit 22
Malden, MA 02148-4136

TD Retail Card Services
c/o Creditors Bankruptcy Services
PO Box 800849
Dallas, TX 75380-0849

Tdrcs/Tourneau
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

4

Tiffany & Co.
727 5th Ave
New York, NY 10022-2503

Twin River Casino Hotel
100 Twin River Rd
Lincoln, RI 02865-4835

Michael J. Epstein, Secretary
Horizon Beverage Company, Inc.
45 Commerce Way
Norton, MA 02766