**UNITED STATES BANKRUPTCY COURT.**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:  LE, HUU PHU**<br>  SSN: xxx-xx-4209<br><br>                                           **Debtor(s)** | **Chapter 13**<br>**Case No. 23-10561-CJP** |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF
## THE DEBTOR'S CHAPTER 13 PLAN

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtor's amended Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. The Debtor filed a Chapter 13 petition for bankruptcy relief on April 12, 2023.

2. On May 16, 2023, the Trustee convened and presided at a Section 341 Meeting of Creditors wherein the Debtor appeared with Counsel was sworn and examined.

3. The Debtor filed the Plan on May 31, 2023. The Trustee is unable to recommend confirmation at this time.

4. In Part 3.B.(3) the Debtor provides for the treatment of the claim of <u>Pairings Wine and Food, Inc.</u> with reference to *'Exhibit Table 3.2'*. However, review of the *'Exhibits Table'* shows <u>Pairings Wine and Food, Inc</u> under *'Exhibit 3.3'*. The Plan is inconsistent.

5. The Debtor has failed to provide an amended Schedule J to show the Debtor can properly fund the Plan. The Plan proposes amended payments of <u>$136.00</u> per month, but Schedule J only shows monthly net income of <u>$99.68</u> per month.

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and for such other relief as is proper.

Dated: <u>June 1, 2023</u>                                    Respectfully submitted,
                                                                        Carolyn A. Bankowski
                                                                        Standing Chapter 13 Trustee
                                                                        By: <u>**/s/ Carolyn A. Bankowski**</u>
                                                                        Carolyn A. Bankowski, BBO# 631056
                                                                        Patricia A. Remer, BBO #639594
                                                                        Office of the Chapter 13 Trustee
                                                                        PO Box 8250
                                                                        Boston, MA  02114-0033
                                                                        (617) 723-1313
                                                                        13Trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** LE, HUU PHU<br>SSN: xxx-xx-4209<br>**Debtor(s)** | **Chapter 13**<br>**Case No. 23-10561-CJP** |

### Certificate of Service

The undersigned hereby certifies that on <u>June 1, 2023</u>, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via electronic filing, first class mail, postage prepaid on the debtor and debtor's counsel at the addresses set forth below.

Huu Phu Le
30 Franklin Street
Malden, MA 02148

George J. Nader, Esq.
Riley & Dever, P.C.
210 Broadway, Suite 201
Lynnfield, MA 01940-2351

By: **/s/ Carolyn A. Bankowski**
Carolyn A. Bankowski